| DEPARTMENT OF DEFENSE | | 1. Pay Period End 05/30/2026 |
|---|---|---|

## CIVILIAN LEAVE AND EARNINGS STATEMENT LES
VISIT THE DFAS WEB SITE AT: WWW.DFAS.MIL

2. Pay Date 06/05/2026

| 3. Name JENKINS GLENN A | 4. Pay Plan/Grade/Step GS 06 07 | 5. Hourly/Daily Rate 38.55 | 6. Basic OT Rate 57.83 | 7. Basic Pay + Locality/Market Adj = Adjusted Basic Pay 80446.00   0.00   80446.00 |
|---|---|---|---|---|
| 8. Soc Sec No ***-**-8086 | 9. Locality % 28.99 | 10. FLSA Category E | 11. SCD Leave 12/17/2023 | 12. Max Leave Carry Over 240 | 13. Leave Year End 01/09/2027 |

| 14. Financial Institution - Net Pay NAVY FEDERAL CREDIT UNION | 15. Financial Institution - Allotment #1 PNC BANK, OHIO | 16. Financial Institution - Allotment #2 |
|---|---|---|

| 17. Tax Marital Status Exemptions Add'l | 18. Tax Marital Status Exemptions Add'l Taxing Authority | 19. Cumulative Retirement | 20. Military Deposit |
|---|---|---|---|
| FED S 0 0<br>PA S 0 0 | ▮ S 000000 0 PHILADELPHIA PA | FERS:   7664.84 | |

| 21. | Current | Year to Date | 22. | |
|---|---|---|---|---|
| GROSS PAY | 2899.52 | 30536.22 | TSP DATA | 5% |
| TAXABLE WAGES | 2664.80 | 27956.98 | | |
| NONTAXABLE WAGES | 90.16 | 1065.98 | | |
| TAX DEFERRED WAGES | 144.56 | 1513.26 | | |
| DEDUCTIONS | 1486.29 | 16251.24 | | |
| AEIC | | | | |
| NET PAY | 1413.23 | 14306.25 | | |

## CURRENT EARNINGS

| TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| REGULAR PAY | 75.00 | 2891.25 | UNIFORM ALW | 0.00 | 8.27 | | | |

## DEDUCTIONS

| TYPE | CODE | CURRENT | YEAR TO DATE | TYPE | CODE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|---|---|---|
| ALLOTMENT,SV | (1) | 149.00 | 1788.00 | DEBT,ROUTINE | Q1 | | 21.27 |
| FEGLI | C0 | 13.28 | 158.40 | FEHB | 131 | 66.81 | 786.44 |
| MEDICARE | | 40.74 | 427.32 | OASDI | | 174.18 | 1827.15 |
| RETIRE, FERS | KF | 127.22 | 1331.68 | VCS DEDUCT | JC | 175.00 | 1700.00 |
| TAX LEVY CNT | | | 666.73 | TAX, FEDERAL | | 319.41 | 3008.05 |
| TAX, LOCAL | 422049 | 108.13 | 1138.34 | TAX, STATE | PA | 86.25 | 904.74 |
| TSP LOANS | 123001G | 66.63 | 799.56 | TSP SAVINGS | | 144.56 | 1513.26 |
| DENTAL | | 11.50 | 137.34 | VISION | | 3.58 | 42.96 |

## LEAVE

| TYPE | PRIOR YR BALANCE | ACCRUED PAY PD | ACCRUED YTD | USED PAY PD | USED YTD | DONATED/ RETURNED | CURRENT BALANCE | USE-LOSE TERM DATE |
|---|---|---|---|---|---|---|---|---|
| ANNUAL | | 4.00 | 36.00 | 8.00 | 36.00 | | | |
| SICK | 4.00 | 4.00 | 36.00 | 4.00 | 40.00 | | | |
| HOLIDAY | | | | 8.00 | 16.00 | | | |
| LWOP | | | | 5.00 | 140.50 | | | |
| FMLA SELF | 480.00 | | | 17.00 | 189.00 | | 291.00 | 01/08/27 |

## BENEFITS PAID BY GOVERNMENT FOR YOU

| TYPE | CURRENT | YEAR TO DATE | TYPE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|---|
| FEGLI | 6.64 | 79.20 | FEHB | 200.45 | 2359.56 |
| MEDICARE | 40.74 | 427.32 | OASDI | 174.18 | 1827.15 |
| RETIRE, FERS | 477.06 | 4993.78 | TSP BASIC | 28.91 | 302.64 |
| TSP MATCHING | 115.65 | 1210.63 | | | |

## REMARKS
YOUR PAYROLL OFFICE ID NUMBER IS 97381600 - DEPARTMENT OF VETERANS AFFAIRS.
PRETAX FEHB EXCLUSION $   66.81

**THIS REPORT CONTAINS INFORMATION SUBJECT TO THE PRIVACY ACT OF 1974 AS AMENDED**

DEPARTMENT OF DEFENSE

## CIVILIAN LEAVE AND EARNINGS STATEMENT LES
VISIT THE DFAS WEB SITE AT: WWW.DFAS.MIL

| | | |
|---|---|---|
| **1. Pay Period End** 06/13/2026 | | |
| **2. Pay Date** 06/18/2026 | | |

| 3. Name JENKINS GLENN A | 4. Pay Plan/Grade/Step GS 06 07 | 5. Hourly/Daily Rate 38.55 | 6. Basic OT Rate 57.83 | 7. Basic Pay + Locality/Market Adj = Adjusted Basic Pay 80446.00   0.00   80446.00 |
|---|---|---|---|---|
| 8. Soc Sec No ***-**-8086 | 9. Locality % 28.99 | 10. FLSA Category E | 11. SCD Leave 12/17/2023 | 12. Max Leave Carry Over 240 — 13. Leave Year End 01/09/2027 |

| 14. Financial Institution - Net Pay NAVY FEDERAL CREDIT UNION | 15. Financial Institution - Allotment #1 PNC BANK, OHIO | 16. Financial Institution - Allotment #2 |
|---|---|---|

| 17. Tax Marital Exemptions Add'l Status | 18. Tax Marital Exemptions Add'l Taxing Authority Status | 19. Cumulative Retirement | 20. Military Deposit |
|---|---|---|---|
| FED S 0 0 PA S 0 0 | ▮ S 000000 0 PHILADELPHIA PA | FERS: 7773.40 | |

| 21. | Current | Year to Date | 22. | |
|---|---|---|---|---|
| GROSS PAY | 2475.47 | 33011.69 | TSP DATA | 5% |
| TAXABLE WAGES | 2261.95 | 30218.93 | | |
| NONTAXABLE WAGES | 90.16 | 1156.14 | | |
| TAX DEFERRED WAGES | 123.36 | 1636.62 | | |
| DEDUCTIONS | 1296.48 | 17547.72 | | |
| AEIC | | | | |
| NET PAY | 1178.99 | 15485.24 | | |

## CURRENT EARNINGS

| TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| REGULAR PAY | 64.00 | 2467.20 | UNIFORM ALW | 0.00 | 8.27 | | | |

## DEDUCTIONS

| TYPE | CODE | CURRENT | YEAR TO DATE | TYPE | CODE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|---|---|---|
| ALLOTMENT,SV | (1) | 149.00 | 1937.00 | DEBT,ROUTINE | Q1 | | 21.27 |
| FEGLI | C0 | 13.28 | 171.68 | FEHB | 131 | 66.81 | 853.25 |
| MEDICARE | | 34.59 | 461.91 | OASDI | | 147.89 | 1975.04 |
| RETIRE, FERS | KF | 108.56 | 1440.24 | VCS DEDUCT | JC | 175.00 | 1875.00 |
| TAX LEVY CNT | | | 666.73 | TAX, FEDERAL | | 230.78 | 3238.83 |
| TAX, LOCAL | 422049 | 92.27 | 1230.61 | TAX, STATE | PA | 73.23 | 977.97 |
| TSP LOANS | 123001G | 66.63 | 866.19 | TSP SAVINGS | | 123.36 | 1636.62 |
| DENTAL | | 11.50 | 148.84 | VISION | | 3.58 | 46.54 |

## LEAVE

| TYPE | PRIOR YR BALANCE | ACCRUED PAY PD | ACCRUED YTD | USED PAY PD | USED YTD | DONATED/ RETURNED | CURRENT BALANCE | USE-LOSE TERM DATE |
|---|---|---|---|---|---|---|---|---|
| ANNUAL | | 4.00 | 40.00 | 4.00 | 40.00 | | | |
| SICK | 4.00 | 4.00 | 40.00 | 4.00 | 44.00 | | | |
| HOLIDAY | | | | | 16.00 | | | |
| LWOP | | | | | 156.50 | | | |
| AWOL | | | | 16.00 | | | | |
| FMLA SELF | 480.00 | | | 8.00 | 197.00 | | 283.00 | 01/08/27 |

## BENEFITS PAID BY GOVERNMENT FOR YOU

| TYPE | CURRENT | YEAR TO DATE | TYPE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|---|
| FEGLI | 6.64 | 85.84 | FEHB | 200.45 | 2560.01 |
| MEDICARE | 34.59 | 461.91 | OASDI | 147.89 | 1975.04 |
| RETIRE, FERS | 407.09 | 5400.87 | TSP BASIC | 24.67 | 327.31 |
| TSP MATCHING | 98.69 | 1309.32 | | | |

## REMARKS

YOUR PAYROLL OFFICE ID NUMBER IS 97381600 — DEPARTMENT OF VETERANS AFFAIRS.
PRETAX FEHB EXCLUSION $   66.81

**THIS REPORT CONTAINS INFORMATION SUBJECT TO THE PRIVACY ACT OF 1974 AS AMENDED**

| DEPARTMENT OF DEFENSE | 1. Pay Period End 06/13/2026 |
|---|---|

## CIVILIAN LEAVE AND EARNINGS STATEMENT LES
### VISIT THE DFAS WEB SITE AT: WWW.DFAS.MIL

| 2. Pay Date 06/18/2026 |
|---|

| 3. Name JENKINS GLENN A | 4. Pay Plan/Grade/Step GS  06  07 | 5. Hourly/Daily Rate 38.55 | 6. Basic OT Rate 57.83 | 7. Basic Pay + Locality/Market Adj = Adjusted Basic Pay 80446.00    0.00    80446.00 |
|---|---|---|---|---|
| 8. Soc Sec No ***-**-8086 | 9. Locality % 28.99 | 10. FLSA Category E | 11. SCD Leave 12/17/2023 | 12. Max Leave Carry Over 240 | 13. Leave Year End 01/09/2027 |

| 14. Financial Institution - Net Pay NAVY FEDERAL CREDIT UNION | 15. Financial Institution - Allotment #1 PNC BANK, OHIO | 16. Financial Institution - Allotment #2 |
|---|---|---|

| 17. Tax  Marital  Exemptions  Add'l Status | 18. Tax  Marital Status  Exemptions  Add'l  Taxing Authority | 19. Cumulative Retirement | 20. Military Deposit |
|---|---|---|---|
| FED  S  0  0 PA  S  0  0 | █  S  000000  0  PHILADELPHIA PA | FERS:  7773.40 | |

| 21. | Current | Year to Date | 22. | |
|---|---|---|---|---|
| GROSS PAY | 2475.47 | 33011.69 | TSP DATA | 5% |
| TAXABLE WAGES | 2261.95 | 30218.93 | | |
| NONTAXABLE WAGES | 90.16 | 1156.14 | | |
| TAX DEFERRED WAGES | 123.36 | 1636.62 | | |
| DEDUCTIONS | 1296.48 | 17547.72 | | |
| AEIC | | | | |
| NET PAY | 1178.99 | 15485.24 | | |

### CURRENT EARNINGS

| TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| REGULAR PAY | 64.00 | 2467.20 | UNIFORM ALW | 0.00 | 8.27 | | | |

### DEDUCTIONS

| TYPE | CODE | CURRENT | YEAR TO DATE | TYPE | CODE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|---|---|---|
| ALLOTMENT,SV | (1) | 149.00 | 1937.00 | DEBT,ROUTINE | Q1 | | 21.27 |
| FEGLI | C0 | 13.28 | 171.68 | FEHB | 131 | 66.81 | 853.25 |
| MEDICARE | | 34.59 | 461.91 | OASDI | | 147.89 | 1975.04 |
| RETIRE, FERS | KF | 108.56 | 1440.24 | VCS DEDUCT | JC | 175.00 | 1875.00 |
| TAX LEVY CNT | | | 666.73 | TAX, FEDERAL | | 230.78 | 3238.83 |
| TAX, LOCAL | 422049 | 92.27 | 1230.61 | TAX, STATE | PA | 73.23 | 977.97 |
| TSP LOANS | 123001G | 66.63 | 866.19 | TSP SAVINGS | | 123.36 | 1636.62 |
| DENTAL | | 11.50 | 148.84 | VISION | | 3.58 | 46.54 |

### LEAVE

| TYPE | PRIOR YR BALANCE | ACCRUED PAY PD | ACCRUED YTD | USED PAY PD | USED YTD | DONATED/ RETURNED | CURRENT BALANCE | USE-LOSE TERM DATE |
|---|---|---|---|---|---|---|---|---|
| ANNUAL | | 4.00 | 40.00 | 4.00 | 40.00 | | | |
| SICK | 4.00 | 4.00 | 40.00 | 4.00 | 44.00 | | | |
| HOLIDAY | | | | | 16.00 | | | |
| LWOP | | | | | 156.50 | | | |
| AWOL | | | | 16.00 | | | | |
| FMLA SELF | 480.00 | | | 8.00 | 197.00 | | 283.00 | 01/08/27 |

### BENEFITS PAID BY GOVERNMENT FOR YOU

| TYPE | CURRENT | YEAR TO DATE | TYPE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|---|
| FEGLI | 6.64 | 85.84 | FEHB | 200.45 | 2560.01 |
| MEDICARE | 34.59 | 461.91 | OASDI | 147.89 | 1975.04 |
| RETIRE, FERS | 407.09 | 5400.87 | TSP BASIC | 24.67 | 327.31 |
| TSP MATCHING | 98.69 | 1309.32 | | | |

### REMARKS

YOUR PAYROLL OFFICE ID NUMBER IS 97381600 - DEPARTMENT OF VETERANS AFFAIRS.
PRETAX FEHB EXCLUSION $    66.81

**THIS REPORT CONTAINS INFORMATION SUBJECT TO THE PRIVACY ACT OF 1974 AS AMENDED**

| DEPARTMENT OF DEFENSE | 1. Pay Period End 06/27/2026 |
|---|---|

## CIVILIAN LEAVE AND EARNINGS STATEMENT LES
VISIT THE DFAS WEB SITE AT: WWW.DFAS.MIL

| 2. Pay Date 07/02/2026 |
|---|

| 3. Name JENKINS GLENN A | 4. Pay Plan/Grade/Step GS 06 07 | 5. Hourly/Daily Rate 38.55 | 6. Basic OT Rate 57.83 | 7. Basic Pay + Locality/Market Adj = Adjusted Basic Pay  80446.00    0.00    80446.00 |
|---|---|---|---|---|

| 8. Soc Sec No ***-**-8086 | 9. Locality % 28.99 | 10. FLSA Category E | 11. SCD Leave 12/17/2023 | 12. Max Leave Carry Over 240 | 13. Leave Year End 01/09/2027 |
|---|---|---|---|---|---|

| 14. Financial Institution - Net Pay NAVY FEDERAL CREDIT UNION | 15. Financial Institution - Allotment #1 PNC BANK, OHIO | 16. Financial Institution - Allotment #2 |
|---|---|---|

| 17. Tax Marital Exemptions Add'l Status | 18. Tax Marital Exemptions Add'l Taxing Authority Status | 19. Cumulative Retirement | 20. Military Deposit |
|---|---|---|---|
| FED S 0 0  PA S 0 0 | ▮ S 000000 0 PHILADELPHIA PA | FERS: 7827.68 | |

| 21. | Current | Year to Date | 22. | | |
|---|---|---|---|---|---|
| GROSS PAY | 1495.99 | 34507.68 | TSP DATA | | 5% |
| TAXABLE WAGES | 1090.03 | 31308.96 | | | |
| NONTAXABLE WAGES | 90.16 | 1246.30 | | | |
| TAX DEFERRED WAGES | 61.68 | 1698.30 | | | |
| DEDUCTIONS | 996.17 | 18543.89 | | | |
| AEIC | | | | | |
| NET PAY | 641.50 | 16126.74 | | | |

### CURRENT EARNINGS

| TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| REGULAR PAY | 48.00 | 1850.40 | UNIFORM ALW | 0.00 | 8.27 | | | |

### RETROACTIVE EARNINGS

| TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| REGULAR PAY | -5.73 | -221.00 | | | | | | |

### DEDUCTIONS

| TYPE | CODE | CURRENT | YEAR TO DATE | TYPE | CODE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|---|---|---|
| ALLOTMENT,SV | (1) | 149.00 | 2086.00 | DEBT,ROUTINE | 01 | 141.68 | 162.95 |
| FEGLI | C0 | 13.28 | 184.96 | FEHB | 131 | 66.81 | 920.06 |
| MEDICARE | | 16.70 | 478.61 | OASDI | | 71.41 | 2046.45 |
| RETIRE, FERS | KF | 54.28 | 1494.52 | VCS DEDUCT | JC | 175.00 | 2050.00 |
| TAX LEVY CNT | | | 666.73 | TAX, FEDERAL | | 83.14 | 3321.97 |
| TAX, LOCAL | 422049 | 46.13 | 1276.74 | TAX, STATE | PA | 35.35 | 1013.32 |
| TSP LOANS | 123001G | 66.63 | 932.82 | TSP SAVINGS | | 61.68 | 1698.30 |
| DENTAL | | 11.50 | 160.34 | VISION | | 3.58 | 50.12 |

### LEAVE

| TYPE | PRIOR YR BALANCE | ACCRUED PAY PD | ACCRUED YTD | USED PAY PD | USED YTD | DONATED/ RETURNED | CURRENT BALANCE | USE-LOSE TERM DATE |
|---|---|---|---|---|---|---|---|---|
| ANNUAL | | 4.00 | 40.00 | 4.00 | 40.00 | | | |
| SICK | 4.00 | 4.00 | 40.00 | 4.00 | 44.00 | | | |
| HOLIDAY | | | | | 16.00 | | | |
| LWOP | | | | 32.00 | 204.50 | | | |
| FMLA SELF | 480.00 | | | 24.00 | 229.00 | | 251.00 | 01/08/27 |

### BENEFITS PAID BY GOVERNMENT FOR YOU

| TYPE | CURRENT | YEAR TO DATE | TYPE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|---|
| FEGLI | 6.64 | 92.48 | FEHB | 200.45 | 2760.46 |
| MEDICARE | 16.70 | 478.61 | OASDI | 71.41 | 2046.45 |
| RETIRE, FERS | 203.55 | 5604.42 | TSP BASIC | 12.33 | 339.64 |
| TSP MATCHING | 49.35 | 1358.67 | | | |

### REMARKS

$ 141.68 COLLECTED THIS PAY PERIOD FOR A $ 616.80 (LESS AMT APPLIED LEAVES A REMAINING
BALANCE $ 254.12) TIME & ATTENDANCE CORRECTION DEBT IN ACCORDANCE WITH DEBT COLLECTION
IMPROVEMENT ACT OF 1996. PAYROLL OFFICE CUSTOMER SERVICE (800)729-3277.
(DEBT ID) ZPVY062726046268
YOUR PAYROLL OFFICE ID NUMBER IS 97381600 - DEPARTMENT OF VETERANS AFFAIRS.
PRETAX FEHB EXCLUSION $ 66.81
INDEBTEDNESS COLLECTED FROM RETROACTIVE EARNINGS AND/OR ADJUSTED DEDUCTIONS.
RETROACTIVE TIME AND ATTENDANCE ADJUSTMENTS PROCESSED.

**THIS REPORT CONTAINS INFORMATION SUBJECT TO THE PRIVACY ACT OF 1974 AS AMENDED**

| DEPARTMENT OF DEFENSE | | 1. Pay Period End 07/11/2026 |
|---|---|---|
| **CIVILIAN LEAVE AND EARNINGS STATEMENT LES** VISIT THE DFAS WEB SITE AT: WWW.DFAS.MIL | | 2. Pay Date 07/17/2026 |

| 3. Name JENKINS GLENN A | 4. Pay Plan/Grade/Step GS  06  07 | 5. Hourly/Daily Rate 38.55 | 6. Basic OT Rate 57.83 | 7. Basic Pay + Locality/Market Adj = Adjusted Basic Pay 80446.00    0.00    80446.00 |
|---|---|---|---|---|
| 8. Soc Sec No ***-**-8086 | 9. Locality % 28.99 | 10. FLSA Category E | 11. SCD Leave 12/17/2023 | 12. Max Leave Carry Over 240 ‖ 13. Leave Year End 01/09/2027 |
| 14. Financial Institution - Net Pay NAVY FEDERAL CREDIT UNION | 15. Financial Institution - Allotment #1 PNC BANK, OHIO | | | 16. Financial Institution - Allotment #2 |

| 17. Tax  Marital Status  Exemptions  Add'l | 18. Tax  Marital Status  Exemptions  Add'l Taxing Authority | 19. Cumulative Retirement | 20. Military Deposit |
|---|---|---|---|
| FED S  0  0 PA  S  0  0 | ███ S  000000  0  PHILADELPHIA PA | FERS:  7936.24 | |

| 21. | Current | Year to Date | 22. | |
|---|---|---|---|---|
| GROSS PAY | 2241.27 | 36748.95 | TSP DATA | 5% |
| TAXABLE WAGES | 2261.95 | 33570.91 | | |
| NONTAXABLE WAGES | 90.16 | 1336.46 | | |
| TAX DEFERRED WAGES | 123.36 | 1821.66 | | |
| DEDUCTIONS | 1530.67 | 20074.56 | | |
| AEIC | | | | |
| NET PAY | 944.80 | 17071.54 | | |

## CURRENT EARNINGS

| TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| REGULAR PAY | 64.00 | 2467.20 | UNIFORM ALW | 0.00 | 8.27 | | | |

## DEDUCTIONS

| TYPE | CODE | CURRENT | YEAR TO DATE | TYPE | CODE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|---|---|---|
| ALLOTMENT,SV | (1) | 149.00 | 2235.00 | DEBT,ROUTINE | Q1 | 234.20 | 397.15 |
| FEGLI | C0 | 13.28 | 198.24 | FEHB | 131 | 66.81 | 986.87 |
| MEDICARE | | 34.58 | 513.19 | OASDI | | 147.89 | 2194.34 |
| RETIRE, FERS | KF | 108.56 | 1603.08 | VCS DEDUCT | JC | 175.00 | 2225.00 |
| TAX LEVY CNT | | | 666.73 | TAX, FEDERAL | | 230.78 | 3552.75 |
| TAX, LOCAL | 422049 | 92.27 | 1369.01 | TAX, STATE | PA | 73.23 | 1086.55 |
| TSP LOANS | 123001G | 66.63 | 999.45 | TSP SAVINGS | | 123.36 | 1821.66 |
| DENTAL | | 11.50 | 171.84 | VISION | | 3.58 | 53.70 |

## LEAVE

| TYPE | PRIOR YR BALANCE | ACCRUED PAY PD | ACCRUED YTD | USED PAY PD | USED YTD | DONATED/ RETURNED | CURRENT BALANCE | USE-LOSE TERM DATE |
|---|---|---|---|---|---|---|---|---|
| ANNUAL | | 4.00 | 44.00 | | 40.00 | | 4.00 | |
| SICK | 4.00 | 4.00 | 44.00 | | 44.00 | | 4.00 | |
| HOLIDAY | | | | 8.00 | 24.00 | | | |
| LWOP | | | | 16.00 | 220.50 | | | |
| FMLA SELF | 480.00 | | | 16.00 | 245.00 | | 235.00 | 01/08/27 |

## BENEFITS PAID BY GOVERNMENT FOR YOU

| TYPE | CURRENT | YEAR TO DATE | TYPE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|---|
| FEGLI | 6.64 | 99.12 | FEHB | 200.45 | 2960.91 |
| MEDICARE | 34.58 | 513.19 | OASDI | 147.89 | 2194.34 |
| RETIRE, FERS | 407.09 | 6011.51 | TSP BASIC | 24.67 | 364.31 |
| TSP MATCHING | 98.69 | 1457.36 | | | |

## REMARKS

$   234.20 COLLECTED THIS PAY PERIOD FOR A $   616.80 (LESS AMT APPLIED LEAVES A REMAINING
BALANCE $   19.92) TIME & ATTENDANCE CORRECTION DEBT IN ACCORDANCE WITH DEBT COLLECTION
IMPROVEMENT ACT OF 1996. PAYROLL OFFICE CUSTOMER SERVICE (800)729-3277.
(DEBT ID) ZPVY062726046268
YOUR PAYROLL OFFICE ID NUMBER IS 97381600 - DEPARTMENT OF VETERANS AFFAIRS.
PRETAX FEHB EXCLUSION $   66.81

**THIS REPORT CONTAINS INFORMATION SUBJECT TO THE PRIVACY ACT OF 1974 AS AMENDED**

## DEPARTMENT OF DEFENSE

## CIVILIAN LEAVE AND EARNINGS STATEMENT LES
VISIT THE DFAS WEB SITE AT: WWW.DFAS.MIL

| 1. Pay Period End | 07/25/2026 |
| 2. Pay Date | 07/31/2026 |

| 3. Name | 4. Pay Plan/Grade/Step | 5. Hourly/Daily Rate | 6. Basic OT Rate | 7. Basic Pay + Locality/Market Adj = Adjusted Basic Pay |
|---|---|---|---|---|
| JENKINS GLENN A | GS  06  07 | 38.55 | 57.83 | 80446.00   0.00   80446.00 |

| 8. Soc Sec No | 9. Locality % | 10. FLSA Category | 11. SCD Leave | 12. Max Leave Carry Over | 13. Leave Year End |
|---|---|---|---|---|---|
| ***-**-8086 | 28.99 | E | 12/17/2023 | 240 | 01/09/2027 |

| 14. Financial Institution - Net Pay | 15. Financial Institution - Allotment #1 | 16. Financial Institution - Allotment #2 |
|---|---|---|
| NAVY FEDERAL CREDIT UNION | PNC BANK, OHIO | |

| 17. Tax Marital Status Exemptions Add'l | 18. Tax Marital Status Exemptions Add'l Taxing Authority | 19. Cumulative Retirement | 20. Military Deposit |
|---|---|---|---|
| FED S  0  0<br>PA  S  0  0 | ▮  S  000000  0  PHILADELPHIA PA | FERS:   8042.25 | |

| 21. | Current | Year to Date | 22. | |
|---|---|---|---|---|
| GROSS PAY | 2397.73 | 39146.68 | TSP DATA | 5% |
| TAXABLE WAGES | 2207.02 | 35777.93 | | |
| NONTAXABLE WAGES | 90.16 | 1426.62 | | |
| TAX DEFERRED WAGES | 120.47 | 1942.13 | | |
| DEDUCTIONS | 1292.50 | 21367.06 | | |
| AEIC | | | | |
| NET PAY | 1125.15 | 18196.69 | | |

### CURRENT EARNINGS

| TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| REGULAR PAY | 62.50 | 2409.38 | UNIFORM ALW | 0.00 | 8.27 | | | |

### DEDUCTIONS

| TYPE | CODE | CURRENT | YEAR TO DATE | TYPE | CODE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|---|---|---|
| ALLOTMENT,SV | (1) | 149.00 | 2384.00 | DEBT,ROUTINE | Q1 | 19.92 | 417.07 |
| FEGLI | C0 | 13.28 | 211.52 | FEHB | 131 | 66.81 | 1053.68 |
| MEDICARE | | 33.75 | 546.94 | OASDI | | 144.30 | 2338.64 |
| RETIRE, FERS | KF | 106.01 | 1709.09 | VCS DEDUCT | JC | 175.00 | 2400.00 |
| TAX LEVY CNT | | | 666.73 | TAX, FEDERAL | | 220.69 | 3773.44 |
| TAX, LOCAL | 422049 | 90.11 | 1459.12 | TAX, STATE | PA | 71.45 | 1158.00 |
| TSP LOANS | 123001G | 66.63 | 1066.08 | TSP SAVINGS | | 120.47 | 1942.13 |
| DENTAL | | 11.50 | 183.34 | VISION | | 3.58 | 57.28 |

### LEAVE

| TYPE | PRIOR YR BALANCE | ACCRUED PAY PD | ACCRUED YTD | USED PAY PD | USED YTD | DONATED/ RETURNED | CURRENT BALANCE | USE-LOSE TERM DATE |
|---|---|---|---|---|---|---|---|---|
| ANNUAL | | 4.00 | 48.00 | 3.50 | 43.50 | | 4.50 | |
| SICK | 4.00 | 4.00 | 48.00 | 4.00 | 48.00 | | 4.00 | |
| HOLIDAY | | | | | 24.00 | | | |
| LWOP | | | | 17.50 | 238.00 | | | |
| FMLA SELF | 480.00 | | | 23.00 | 268.00 | | 212.00 | 01/08/27 |

### BENEFITS PAID BY GOVERNMENT FOR YOU

| TYPE | CURRENT | YEAR TO DATE | TYPE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|---|
| FEGLI | 6.64 | 105.76 | FEHB | 200.45 | 3161.36 |
| MEDICARE | 33.75 | 546.94 | OASDI | 144.30 | 2338.64 |
| RETIRE, FERS | 397.55 | 6409.06 | TSP BASIC | 24.09 | 388.40 |
| TSP MATCHING | 96.38 | 1553.74 | | | |

### REMARKS

$   19.92 COLLECTED THIS PAY PERIOD FOR A $   616.80 (LESS AMT APPLIED LEAVES A REMAINING
BALANCE $   0.00) TIME & ATTENDANCE CORRECTION DEBT IN ACCORDANCE WITH DEBT COLLECTION
IMPROVEMENT ACT OF 1996. PAYROLL OFFICE CUSTOMER SERVICE (800)729-3277.
(DEBT ID) ZPVY062726046268
YOUR PAYROLL OFFICE ID NUMBER IS 97381600 - DEPARTMENT OF VETERANS AFFAIRS.
YOUR PASSWORD HAS BEEN ESTABLISHED/CHANGED FOR ACCESSING MYPAY.
IF YOU DID NOT TAKE THIS ACTION, CONTACT 1-888-332-7411 OR (216) 522-5096.
PRETAX FEHB EXCLUSION $   66.81

**THIS REPORT CONTAINS INFORMATION SUBJECT TO THE PRIVACY ACT OF 1974 AS AMENDED**