# United States Bankruptcy Court
# Eastern District of Pennsylvania

| | |
|---|---|
| Glenn A. Jenkins, Jr., *Debtor*. | Case No. 26-13315-AMC<br>Chapter 13 |

## Notice of Continuance of Meeting of Creditors

Please note that the 341(a) Meeting of Creditors in the above-captioned matter has been continued to October 6, 2026, at 2:30 PM EST.

## Certificate of Service

I, Michael A. Cibik, certify that on September 11, 2026, I did cause a true and correct copy of this notice of the continuance of the meeting of creditors to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system. I certify under penalty of perjury that the above notice was sent using the mode of service indicated on the attached mailing exhibit.

Date: September 11, 2026

/s/ Michael A. Cibik

Michael A. Cibik (#23110)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com

## Method of Service: CM/ECF

**U.S. Trustee**
Robert NC Nix, Sr. Federal Building
900 Market Street, Suite 320
Philadelphia, PA 19107

**Scott F. Waterman**
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

**ServiceMac, LLC**
as Servicer for Movement Mortgage, LLC
1325 Franklin Avenue, Suite 160
Garden City, NY 11530

## Method of Service: First Class Mail

Internal Revenue Service
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA 19101-7346

Jefferson Capital Systems, LLC
Attn: Bankruptcy
200 14th Ave E
Sartekk, MN 56377

Kashable Llc
Attn: Bankruptcy Dept
489 5th Ave, 18th Floor
New York, NY 10017

Navy Federal Cr Union
820 Follin Lane Se
Vienna, VA 22180

Pennsylvania Dept. of Revenue
Bankruptcy Division
1 Revenue Pl
Harrisburg, PA 17129-0001

Transworld System Inc
P.O. Box 15110
Wilmington, DE 19850-5110