UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Glenn A. Jenkins Jr.<br>Debtor<br><br>ServiceMac, LLC as Servicer for MOVEMENT MORTGAGE, LLC<br>v.<br><br>Glenn A. Jenkins Jr.<br>Scott F. Waterman<br>Respondents | CASE NO.: 26-13315-amc<br><br>CHAPTER 13<br><br>Judge: Ashely M. Chan<br><br>Hearing Date: 10/21/2026 at 10:00 AM<br><br>Objection Deadline: 10/14/2026 |

**OBJECTION TO CONFIRMATION OF DEBTOR'S CHAPTER 13 PLAN**

**PLEASE TAKE NOTICE** that ServiceMac, LLC as Servicer for MOVEMENT MORTGAGE, LLC ("Secured Creditor"), the holder of a mortgage on real property of the Debtor, located at 1815 East Tusculum Street, Philadelphia, PA 19134, by and through its undersigned attorneys, hereby objects to the confirmation of the Chapter 13 Plan on grounds including:

1. Debtor filed a Chapter 13 Plan (Doc.: 6) on August 05, 2026.

2. Debtor`s proposed plan is insufficient to provide for the anticipated claim of Secured Creditor. Upon review of internal records, the objecting creditor is due pre-petition arrears of approximately $37,754.21 to be set forth in a Claim to be filed by the Claims Deadline (10/14/26); however the plan only provides for arrears in the amount of $33,000.00.

In the event any portion of the claim is deemed to be an unsecured claim as defined by the Code, objection is hereby made pursuant to 11 U.S.C. 1325(a)(4) and 1325(b), *et seq.* unless the plan provides for full payment of the claim.

Dated: September 15, 2026

By: /s/ Charles Wohlrab
Charles Wohlrab, Esq.
**FRIEDMAN VARTOLO LLP**
Attorneys for ServiceMac, LLC as Servicer for MOVEMENT MORTGAGE, LLC
1325 Franklin Avenue, Suite 160
Garden City, NY 11530
T: (212) 471-5100
F: (212) 471-5150
Bankruptcy@FriedmanVartolo.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Glenn A. Jenkins Jr.<br>Debtor<br><br>ServiceMac, LLC as Servicer for MOVEMENT MORTGAGE, LLC<br>v.<br><br>Glenn A. Jenkins Jr.<br>Scott F. Waterman<br>Respondents | CASE NO.: 26-13315-amc<br><br>CHAPTER 13<br><br>Judge: Ashely M. Chan<br><br>Hearing Date: 10/21/2026 at 10:00 AM<br><br>Objection Deadline: 10/14/2026 |

**CERTIFICATE OF SERVICE OF OBJECTION TO CONFIRMATION OF PLAN**

I certify under penalty of perjury that I caused to be served the above-captioned pleading on the parties at the addresses specified below or on the attached list on September 15, 2026.

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: first-class mail and electronic notification

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the full name, email address, and where applicable the full name of the person or entity represented, for each party served by electronic transmission is listed under the heading "Service by NEF," and the full name and complete postal address for each party served by mail are listed under the heading "Service by First-Class Mail."

EXECUTED ON: September 15, 2026

By: /s/ Charles Wohlrab
Charles Wohlrab, Esq.
FRIEDMAN VARTOLO LLP
Attorneys for ServiceMac, LLC as Servicer for
MOVEMENT MORTGAGE, LLC
1325 Franklin Avenue, Suite 160
Garden City, NY 11530
T: (212) 471-5100
F: (212) 471-5150
Bankruptcy@FriedmanVartolo.com

**Service by Regular Mail**

Glenn A. Jenkins Jr.
1815 E Tusculum Street
Philadelphia, PA 19134-3415
***Bankruptcy Debtor***

**Service by NEF**

Michael A. Cibik
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
***Attorney***

Scott F. Waterman
2901 St. Lawrence Ave., Suite 100
Reading, PA 19606
***Bankruptcy Trustee***

United States Trustee
Robert N.C. Nix Federal Building,
900 Market Street, Suite 320
Philadelphia, PA 19107
***United States Trustee***