# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Glenn A. Jenkins, Jr.,<br><br>*Debtor*. | Case No. 26-13315<br>Chapter 13 |

## CERTIFICATION OF SERVICE

I, Michael A. Cibik, certify that on October 7, 2026, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- First Amended Chapter 13 Plan

I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated below.

Date: October 7, 2026

/s/ Michael A. Cibik

Michael A. Cibik (#23110)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com

**U.S. Trustee**
Robert NC Nix, Sr. Federal Building
900 Market Street, Suite 320
Philadelphia, PA 19107
Method of Service: CM/ECF

**Scott Waterman**
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606
Method of Service: CM/ECF

**Movement Mortgage**
Attn: Bankruptcy
8024 Calvin Hall Rd
Indian Land, SC 29707
Method of Service: CM/ECF

**Navy Federal Credit Union**
P.O. Box 3000
Merrifield, VA 22119-3000
Method of Service: First Class Mail

**Internal Revenue Service**
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA 19101-7346
Method of Service: First Class Mail