UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Glenn A. Jenkins Jr.<br>Debtor<br><br>ServiceMac, LLC as Servicer for MOVEMENT MORTGAGE, LLC<br>v.<br><br>Glenn A. Jenkins Jr.<br>Scott F. Waterman<br>Respondents | CASE NO.: 26-13315-amc<br><br>CHAPTER 13<br><br>Judge: Ashely M. Chan |

**PRAECIPE TO WITHDRAW OBJECTION TO PLAN CONFIRMATION**

TO THE CLERK:

Kindly withdraw the Objection to Plan Confirmation filed by Creditor, ServiceMac, LLC as Servicer for MOVEMENT MORTGAGE, LLC on September 15, 2026, at Docket #14. Said Objection has been resolved by Debtor's Amended Plan filed on October 7, 2026, at Docket #16.

Dated: October 19, 2026

By: /s/ Lauren M. Moyer
Lauren M. Moyer, Esquire
FRIEDMAN VARTOLO LLP
Attorneys for Movant
1325 Franklin Avenue, Suite 160
Garden City, New York 11530
T: (212) 471-5100
F: (212) 471-5150
Bankruptcy@FriedmanVartolo.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Glenn A. Jenkins Jr.<br>Debtor<br><br>ServiceMac, LLC as Servicer for MOVEMENT MORTGAGE, LLC<br>v.<br><br>Glenn A. Jenkins Jr.<br>Scott F. Waterman<br>Respondents | CASE NO.: 26-13315-amc<br><br>CHAPTER 13<br><br>Judge: Ashely M. Chan |

**CERTIFICATE OF SERVICE OF PRAECIPE TO WITHDRAW**

I certify under penalty of perjury that I caused to be served the above captioned pleading on the parties at the addresses specified below or on the attached list on October 19, 2026.

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: first-class mail and electronic notification

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the full name, email address, and where applicable the full name of the person or entity represented, for each party served by electronic transmission is listed under the heading "Service by NEF," and the full name and complete postal address for each party served by mail, is listed under the heading "Service by First-Class Mail."

EXECUTED ON: October 19, 2026

By: /s/ Lauren M. Moyer
Lauren M. Moyer, Esquire
FRIEDMAN VARTOLO LLP
Attorneys for Movant
1325 Franklin Avenue, Suite 160
Garden City, New York 11530
T: (212) 471-5100
F: (212) 471-5150
Bankruptcy@FriedmanVartolo.com

**SERVICE LIST**

**Service by NEF**

MICHAEL A. CIBIK
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
***Attorney***

SCOTT F. WATERMAN
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606
***Bankruptcy Trustee***

United States Trustee
Robert N.C. Nix Federal Building
900 Market Street
Suite 320
Philadelphia, PA 19107
***United States Trustee***

**Service by First-Class Mail**

Glenn A. Jenkins, Jr
1815 E Tusculum St
Philadelphia, PA 19134-3415
***Bankruptcy Debtor***